**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-62146-CIV-SMITH**

AUGUSTINE BOLLO,

      Petitioner,

v.

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation

[DE 22] on Respondent's Motion to Dismiss the Petition Based on a Lack of Jurisdiction [DE 18]

(the "Motion to Dismiss") and Petitioner's Objections [DE 25]. In his thorough and well-reasoned

Report and Recommendation, Magistrate Judge Hunt recommends that the Motion to Dismiss be

granted because Plaintiff has failed to demonstrate that he is in custody for the purposes of his §

2254 petition, and the Court lacks jurisdiction to consider his petition.

A district court may accept, reject, or modify a magistrate judge's report and

recommendation.  28 U.S.C. § 636(b)(1).  Those portions of the report and recommendation to

which objections are made are accorded *de novo* review, if those objections "pinpoint the specific

findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir.

2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Hunt's Report, Petitioner's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Hunt's well-reasoned analysis and his recommendation that the Motion to Dismiss be granted and that this case be dismissed.

Accordingly, it is

**ORDERED** that:

1.      The Magistrate Judge's Report and Recommendation to District Judge **[DE 22]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2.      The Petition Under 28 U.S.C. § 2254 by a Person "In State Custody" Pursuant to a State Court Judgment [DE 1] is **DISMISSED**.

3.      All pending motions not otherwise ruled upon are **DENIED as moot.**

4.      This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 18th day of February 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:      counsel of record

2